# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 13-4403 |
| ) | |
| Plaintiff/Appellee, ) | |
| ) | |
| -vs- ) | |
| ) | |
| TERRANCE WIGGINS, ) | |
| ) | |
| Defendant/Appellant, ) | |
| _____) | |

## APPELLANT'S MOTION TO ENLARGE THE
## BRIEFING ORDER IN ACCORDANCE WITH LOCAL RULE 31(c)

NOW BEFORE THE COURT COMES the Appellant, TERRANCE WIGGINS, through his Counsel John M. Ervin, III, to move the Honorable Court, in accordance with Local Fourth Circuit Rule 31(c) for an enlargement of the Briefing Order, based upon the following circumstances:

Counsel has received and reviewed the trial and sentencing transcripts. It initially appeared that this case may warrant an *Anders* brief. Counsel communicated with the Appellant, who responded by raising additional concerns. As a result, more transcripts were ordered and received. Counsel and Appellant believe recent court rulings warrant additional research and review, before a decision on the potential merits of the appeal can be reached. Since the last enlargement, the Appellant has contacted counsel by mail and telephone raising additional issues to be researched. During the same period, we experienced a temporary shut-down due to the ice

and snow storm. To facilitate ample communication and research, a slight enlargement of time is necessary to further communicate with the Appellant.

**W H E R E F O R E**, counsel respectfully requests a thirty (30) day enlargement of the Briefing Order previously issued in this matter. The present date upon which the Appellant's opening brief is due is February 18, 2014 and counsel requests that this date be enlarged to March 17, 2014. Counsel realizes that the court disfavors such enlargements; however the present situation and circumstances were beyond his control.

Respectfully submitted,

Dated: February 18, 2014

By: s/ John M. Ervin, III                .
JOHN M. ERVIN, III
Attorney At Law
50 Public Square
Darlington, South Carolina 29532
Phone (843) 393-5555
E-mail: JErvin@JErvinLaw.com
Federal ID: 955

## **CERTIFICATE OF SERVICE**

I, Christie Prentice a Paralegal for the Office of the Ervin Law Firm do hereby certify that on this the 18th day of February, 2014 I did electronically file this request for enlargement with the Clerk of Court on CM/ECF and that upon filing, opposing counsel will receive an electronic copy hereof.

By: s/ Christie Prentice                     .